```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

JORGE HERNANDEZ                                              PETITIONER

        v.        Civil No. 07-5179

UNITED STATES DEPARTMENT OF HOMELAND
SECURITY, District Director; and
BUREAU OF IMMIGRATION AND CUSTOMS
ENFORCEMENT; and STATE OF ARKANSAS,
WASHINGTON COUNTY SHERIFFS DEPARTMENT                        RESPONDENTS

## O R D E R

Now on this 15th day of October, 2007, comes on for consideration petitioner's **Petition For Writ Of Habeas Corpus** (document #1). The Court has been notified by petitioner's attorney that petitioner has been released from custody. Because custody was the basis upon which petitioner requested *habeas* relief under **28 U.S.C. §2241,** his release from custody moots his claim, and the Petition will, therefore, be dismissed.

**IT IS THEREFORE ORDERED** that petitioner's **Petition For Writ Of Habeas Corpus** (document #1) is **dismissed.**

**IT IS SO ORDERED.**

                                                  /s/ Jimm Larry Hendren
                                                  JIMM LARRY HENDREN
                                                  UNITED STATES DISTRICT JUDGE